UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HELENE BOWENS,** : | |
| : | |
| Plaintiff, : | CASE NO. 3:16-CV-629 (AWT) |
| v. : | |
| : | |
| : | |
| **BLUESTEM BRANDS, INC.** *d/b/a* : | |
| *FINGERHUT* : | |
| : | |
| Defendant. : | |
| : | |

## **JUDGMENT**

This action having come on for consideration of the defendant's motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge.

The Court having considered the motion and the full record of the case including applicable principles of law, issued a ruling granting the defendant's motion with respect to the plaintiff's complaint. It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of defendant Bluestem Brands, Inc. d/b/a Fingerhut, and this case is closed.

Dated at Hartford, Connecticut, this 30th day of March, 2018.

ROBIN  D. TABORA, Clerk

By__/s/_Linda S. Ferguson_____
 Linda S. Ferguson
 Deputy Clerk

EOD: 3/30/18